UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>                    Plaintiff,            )<br>                                                      )<br>vs.                                                )<br>                                                      )<br>DARRYL OWEN WALIZER,        )<br>                                                      )<br>                    Defendant.        )<br>_____)  | 2:10-CR-00124-PMP-RJJ<br><br>**ORDER** |

     Before the Court for consideration is Defendant Owen Walizer's fully briefed Motion to Suppress Statements for Fifth Amendment Violations (Doc. #21). On October 8, 2010, the Honorable Robert J. Johnston, United States Magistrate Judge, entered a Report & Recommendation (Doc. #45) recommending that Defendant's Motion to Suppress (Doc. #21) should be denied.

     Defendant Walizer was given notice to file written objections with the court to Magistrate Judge Johnston's Report & Recommendation within twenty (20) days after being served. To date no objections have been filed and the time to do so has now expired.

     The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2 and determines that Magistrate Judge Johnston's Report & Recommendation should be Affirmed.

///

**IT IS THEREFORE ORDERED that** Defendant Owen Walizer's Motion to Suppress Statements for Fifth Amendment Violations (Doc. #21) is **DENIED.**

DATED: October 29, 2010.

_____
PHILIP M. PRO
United States District Judge

.