UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:10-CR-00124-PMP-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DARRYL OWEN WALIZER, ) | |
| ) | |
| Defendant. ) | |

Before the Court for consideration is Defendant Darryl Owen Walizer's Motion to Dismiss Count Two of the Indictment or, Alternatively, Determine the Elements and Proof Required for Conviction (Doc. #25), filed on June 25, 2010. On December 30, 2010, the Honorable Robert J. Johnston, United States Magistrate Judge entered a Report and Recommendation (Doc. #51) recommending that Defendant's Motion to Dismiss Count Two of the Indictment or, Alternatively, Determine the Elements and Proof Required for Conviction (Doc. #25) be denied.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 3-2 and determines that Magistrate Judge Johnston's Report and Recommendation should be Affirmed.

///

///

///

**IT IS THEREFORE ORDERED** that Magistrate Judge Johnston's Report and Recommendation (Doc. #51) is Affirmed and Defendant Darryl Owen Walizer's Motion to Dismiss Count Two of the Indictment or, Alternatively, Determine the Elements and Proof Required for Conviction (Doc. #25) is **DENIED**.

DATED:  January 11, 2011.

_____
PHILIP M. PRO
United States District Judge