UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00124-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DARRYL OWEN WALIZER, | ) | |
| Defendant. | ) | |

Before the Court for consideration is Defendant Owen Walizer's fully briefed Motion to Dismiss Count Two of the Indictment or, Alternatively, Determine the Elements and Proof Required for Conviction (Doc. #25), filed on June 25, 2010. On December 30, 2010, the Honorable Robert J. Johnston, United States Magistrate Judge entered a Report & Recommendation (Doc. #51) recommending that Defendant's Motion be denied.

Defendant Walizer filed timely Objections to the Report & Recommendation of Magistrate Judge Johnston (Doc. #55), to which Plaintiff United States Responded (Doc. #57) on January 18, 2011.

Having conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2 and determines that Magistrate Judge Johnston's Report & Recommendation (Doc. #51) should be Affirmed. **IT IS ORDERED.**

**IT IS FURTHER ORDERED that** Defendant Owen Walizer's Motion to Dismiss Count Two of the Indictment or, Alternatively, Determine the Elements and Proof Required for Conviction (Doc. #25) is **DENIED**.

DATED: February 2, 2011.

_____
PHILIP M. PRO
United States District Judge