UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DARRYL OWEN WALIZER,<br><br>        Defendant. | 2:10-CR-00124-PMP-RJJ<br><br>**ORDER** |

On March 20, 2014, Defendant Darryl Walizer filed a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. # 131). As part of his motion, Defendant Walizer requests an extension of time to file a briefing memorandum in support of his motion.

On April 7, 2014, Plaintiff United States filed a Response to Defendant Walizer's Motion (Doc. # 133) in which it asserts that because Defendant Walizer's original motion contains a host of conclusory assertions, it would be appropriate to permit Defendant Walizer to supplement his Motion with a more detailed brief and memorandum.

**IT IS THEREFORE ORDERED** that Defendant Darryl Walizer shall have to and including **June 7, 2014** within which to supplement his Motion (Doc. #131) with an appropriate Brief and Memorandum setting forth both the facts and legal argument that support the relief requested.

**IT IS FURTHER ORDERED** that Plaintiff United States shall thereafter have to and including **July 7, 2014** within which to file a Response to Defendant Walizer's Supplemented Motion.

DATED: April 8, 2014.

PHILIP M. PRO
United States District Judge