# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00124-PMP-RJJ |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| DARRYL OWEN WALIZER, ) | |
| Defendant. ) | |

Having read and considered the Notice of Jason Carr (Doc. #139), and it appearing therefrom that the documents at issue by Defendant Walizer's Pro Se Motion (Doc. #138) have been provided to Defendant Walizer's new counsel,

**IT IS ORDERED** that Defendant Walizer's Pro Se Motion for Order for Case Documents (Doc. #138) is DENIED as moot.

DATED: May 20, 2014.

PHILIP M. PRO
United States District Judge