UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00124-PMP-RJJ |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| DARRYL OWEN WALIZER, ) | |
| Defendant. ) | |

Before the Court for consideration is the Government's Motion to Dismiss or Stay 2255 Proceedings Pending Completion of Defendant's Direct Appellate Review (Doc. #160). Given the rather convoluted status of these proceedings, the Court is satisfied that the Government's Motion to Dismiss Defendant Walizer's § 2255 Motion (Doc. #131) should be granted.

The Government's Motion (Doc. #160) accurately sets forth the procedural history of this case, except for the fact that this date the Court entered a separate order denying Defendant Walizer's Motion for Documentation (Docs. #156 and 157). The obvious problem presented by Defendant Walizer's pending Motion under § 2255 (Doc. #131) is that it is not complete because there remains pending proceedings before the United States Court of Appeals for the Ninth Circuit regarding Defendant Walizer's conviction on Count Two of the Indictment. Given the fractured nature of these proceedings, the Court finds it provident to dismiss Defendant Walizer's instant Motion Under 28 U.S.C. § 2255 (Doc. #131) without prejudice thereby enabling him to file a

complete motion for habeas relief following conclusion of the pending appellate proceedings.

**IT IS THEREFORE ORDERED** that the Government's Motion to Dismiss Without Prejudice Defendant Walizer's § 2255 Proceedings (Doc. #160) is **GRANTED**, and that Defendant Walizer's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 131) is hereby dismissed without prejudice to refile a new § 2255 motion upon completion of all Appellate proceedings in this case.

DATED: January 5, 2015.

_____
PHILIP M. PRO
United States District Judge