# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRYL OWEN WALIZER,

    Defendant.

Case No. 2:10-CR-00124-KJD-RJJ

**ORDER**

Presently before the Court are Defendant's Motions to Stay Pending Resolution of Mandamus (#199) and Motion to Extend Time to Reply (#201). The Government filed a response (#200) stating that it takes no position on Defendant's Motion. Without endorsing Defendant's Petition for Mandamus but given a lack of opposition to a stay from the Government, the Court grants the motion to stay and motion to extend time. Therefore, proceedings on Defendant's § 2255 motion are stayed and Defendant's reply to the Government's opposition will not be due until fourteen (14) days after mandate has been entered by the Court.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motions to Stay Pending Resolution of Mandamus (#199) and Motion to Extend Time to Reply (#201) are **GRANTED**.

DATED this 1st day of June 2017.

_____
Kent J. Dawson
United States District Judge