UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: DARRYL OWEN WALIZER. _____ DARRYL OWEN WALIZER, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, Respondent, UNITED STATES OF AMERICA, Real Party in Interest. | No. 17-72145 D.C. No. 2:10-cr-00124-KJD-RJJ-1 District of Nevada, Las Vegas ORDER |

Before: WARDLAW, GOULD, and WATFORD, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**

FG/MOATT