# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

Darryl Walizer

                Defendant.

JUDGMENT

Case Number: 2:10-cr-00124-KJD

(Related case: 2:16-cv-00897-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Darryl Walizer's motion under 28 U.S.C. 2255 to vacate, set aside, or correct sentence is DENIED.

IT IS FURTHER ORDERED that Darryl Walizer is DENIED a certificate of appealability.

8/15/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk